IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 06-00112-01/02/06/15-CR-W-ODS |
| ) | |
| vs. ) | |
| ) | Date: 10/22/2007 |
| ) | |
| CARLTON P. STROTHER(01) ) | |
| ARLESTER E. SCOTT, JR. (02), ) | |
| TARIK I. LIWARU(06), and ) | |
| CHANDRA JENKINS(15), ) | |
| Defendant. ) | |

MINUTE SHEET

HONORABLE ORTRIE D. SMITH presiding at Kansas City, Missouri.
==================================================================
Nature of Proceeding: Criminal Jury Trial - day 1
Time Commenced: 8:00 a.m.          Time Terminated: 4:45 p.m.
Actual Time: 7 hours
Contested: X          Non-contested:
Plaintiff by: John Cowles   Defendant by: Martin Warhurst, John Jenab, Al White, Elle Sullivant

WITNESS

REMARKS: All parties present. 8:00 PTC. Court revokes   Hope Madewell 2:55-4:02 pm
Defendant 02 bond and orders warrant issued. Court advises   Barbara Deluce 4:03-4:12 pm
defendants of right to testify. Court reverses decision of   Cedric Anson 4:16-4:31 pm
bond revocation of Defendant 02. Court denies Motion #348. PTC completed at 8:50 a.m.
9:39 a.m. a jury panel of 40 is called, sworn, and voir dire conducted. 11:22 a.m. out of presence of jury, Court orally grants motion #347, denies motion #350, and grants in part and defers in part motion #339, conference completed at 11:32 a.m. 12:16 p.m. a jury is called, sworn, and initial instructions given. 12:30 p.m. until 1:30 p.m. recess. Out presence jury Court adopts Magistrate Report and Recommendation(#299). 1:40 p.m. Opening Statements in presence of jury. 2:55 p.m. Plaintiff presents evidence. 3:35 p.m. until 3:50 p.m. recess. 3:50 p.m. Plaintiff continues evidence. 4:35 p.m. jury excused until 8:30 a.m. on 10/23/2007. 4:36 p.m. until 4:45 p.m. attorney conference. 4:45 p.m. Court in recess.

Reporter: Cynthia Johnson                    By: Eva Will-Fees  CRD